432 A.2d 250

Pachel et ux., Appellants v. Sunbeam Corp. etc.

Argued April 16, 1980.   Michael R. Ford, for appellants;   Robert C. Little, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

432 A.2d 250

Spadaccino v. Spadaccino, Appellant.

Argued June 11, 1980.   Frank N. Gallagher, for appellant;   John C. Marston, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.